IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

—————————————

No. 98-60805
Summary Calendar

—————————————

BALWANT SINGH,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

————————————————
Petition for Review of an Order
of the Board of Immigration of Appeals
BIA No. A72 131 235
————————————————
December 14, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Balwant Singh petitions for review of the order of the Bureau of Immigration Appeals (BIA) dismissing his appeal from the decision of the Immigration Judge (IJ) denying his application for asylum and withholding of deportation.  Singh contends that the BIA erred by dismissing his appeal because he established a well-founded fear of persecution on religious and political grounds.  The decision of the BIA and IJ that Singh did not have a well-founded fear of religious or political

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

persecution is supported by substantial evidence in the record. *Faddoul v. INS*, 37 F.3d 185, 188 (5th Cir. 1994).

PETITION DENIED.